**Order entered July 2, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00227-CV

### STEWART HUNTER, Appellant

### V.

### THOMAS GUERCIO AND SHELDON ROBINSON, Appellees

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-02165-2012**

## ORDER

Before the Court is appellant's June 29, 2018 unopposed third motion to extend time to file appellant's brief. Appellant's motion is **GRANTED**. Appellant's brief shall be filed by **July 6, 2018**. *We expressly caution appellant that failure to file a brief may result in the dismissal of this appeal without further notice.* TEX. R. APP. P. 38.8(a)(1).

/s/     DAVID EVANS
JUSTICE